UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sue Ann Adams, Patricia J. Pettenger, and Marla K. Snead, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. Bancorp, the Benefits Administration Committee, and John/Jane Does 1-5,<br><br>    Defendants. | No. 0:22-cv-00509-NEB-LIB |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE**

THE COURT, having reviewed Plaintiffs' Motion for Leave to File Third Supplemental Report of Ian H. Altman in Support of Plaintiffs' Motion for Class Certification (ECF 138) and being fully advised in the premises and good cause shown therefore, HEREBY ORDERS that:

1.  The Motion for Leave to File is granted in its entirety; and

2.  Plaintiffs must file the Third Supplemental Report of Ian H. Altman on the docket by today.

SO ORDERED this _____ day of _____ 2024

THE HONORABLE NANCY E. BRASEL<br>
UNITED STATES DISTRICT JUDGE