# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sue Ann Adams, Patricia J. Pettenger, and Marla K. Snead, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bancorp, the Benefits Administration Committee, and John/Jane Does 1-5,<br><br>Defendants. | Case No. 0:22-CV-00509-NEB-LIB |

## MEET-AND-CONFER STATEMENT

Pursuant to Local Rule 7.1(a), Defendants certify that on January 31, 2025, and February 5, 2025, counsel for Defendants met and conferred via email with counsel for Plaintiffs regarding Defendants' Unopposed Motion for Further Consideration of Sealing (the "Motion"). Plaintiffs indicated that they do not object to Defendants' Motion or the relief requested therein.

The parties also agree that the Motion can be decided on the papers and that no hearing is necessary (unless the Court believes a hearing would be beneficial).

Dated: February 10, 2025                By: */s/ Melissa D. Hill*

Melissa D. Hill (*admitted pro hac vice*)
Christopher M. Diffee (*admitted pro hac vice*)
Michael F. Fleming (*admitted pro hac vice*)
Carolyn M. Corcoran (*admitted pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Fax: (212) 309-6001
Email: melissa.hill@morganlewis.com
Email: christopher.diffee@morganlewis.com
Email: Michael.fleming@morganlewis.com
Email: carolyn.corcoran@morganlewis.com

Daniel Supalla (#0387064)
**NILAN JOHNSON LEWIS PA**
250 Marquette Avenue South
Suite 800
Minneapolis, MN 55401
Phone: (612) 305-7500
Email: dsupalla@nilanjohnson.com

*Attorneys for U.S. Bancorp and the Benefits Administration Committee*