## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sue Ann Adams, Patricia J. Pettenger, and
Marla K. Snead, on behalf of themselves
and all others similarly situated,

   Plaintiffs,

  v.

U.S. Bancorp, the Benefits Administration
Committee, and John/Jane Does 1-5,

   Defendants.

Case No.  0:22-CV-00509-NEB-LIB

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
### TO EXCLUDE OPINIONS AND TESTIMONY OF IAN ALTMAN

  Defendants U.S. Bancorp and the Benefits Administration Committee

(collectively, "Defendants"), by and through their attorneys and pursuant to Federal Rule

of Civil Procedure 56, Federal Rule of Evidence 702, and Local Rule 7.1, respectfully

move this Court to enter summary judgment in favor of Defendants and against Plaintiffs

Sue Ann Adams, Patricia J. Pettenger, and Marla K. Snead (collectively, "Plaintiffs") on

all Plaintiffs' claims for relief because Plaintiffs have failed to produce any evidence in

support of their claims.  Defendants further move this Court to exclude the opinions of

Plaintiffs' purported expert witness, Ian Altman, because Mr. Altman's opinions are not

the product of reliable principles and methods, and because Mr. Altman failed to reliably

apply his method to the facts of this case.

  In support of this Motion, Defendants submit the accompanying Memorandum of

Law and Declaration of Melissa D. Hill and supporting exhibits.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court enter summary judgment in favor of Defendants and against Plaintiffs on all Plaintiffs' claims for relief and to exclude the opinions and testimony of Plaintiffs' purported expert, Ian Altman.

Dated:  April 1, 2025                    Respectfully submitted,

                                         */s/ Melissa D. Hill*
                                         Melissa D. Hill (*pro hac vice*)
                                         Dylan D. Rudolph (*pro hac vice*)
                                         Christopher M. Diffee (*pro hac vice*)
                                         Elizabeth A. Schwartz (*pro hac vice*)
                                         MORGAN, LEWIS & BOCKIUS LLP
                                         101 Park Avenue
                                         New York, NY 10178
                                         (212) 309-6000 (tel.)
                                         (212) 309-6001 (fax)
                                         melissa.hill@morganlewis.com
                                         dylan.rudolph@morganlewis.com
                                         christopher.diffee@morganlewis.com
                                         elizabeth.schwartz@morganlewis.com

                                         Daniel Supalla (#0387064)
                                         NILAN JOHNSON LEWIS PA
                                         250 Marquette Avenue South
                                         Suite 800
                                         Minneapolis, MN  55401
                                         (612) 305-7500
                                         dsupalla@nilanjohnson.com

                                         *Attorneys for U.S. Bancorp and the Benefits Administration Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, the foregoing document was filed

electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the

Court's electronic filing system, including below counsel for Plaintiffs.  Parties may

access this filing through the Court's ECF system:

IZARD, KINDALL & RAABE LLP
Robert A. Izard
Christopher M. Barrett
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
cbarrett@ikrlaw.com

MOTLEY RICE LLC
Douglas P. Needham
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-218-2720
dneedham@motleyrice.com

GUSTAFSON GLUEK LLP
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Canadian Pacific Plaza
120 South Sixth Street,
Suite 2600 Minneapolis, MN 55402
Telephone: 612-333-8844
Facsimile: 612-339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

*Attorneys for Plaintiffs*

*/s/ Melissa D. Hill*
Melissa D. Hill