# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Sue Ann Adams, Patricia J. Pettenger, Marla K. Snead, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 22-cv-509 NEB/LIB |
| U.S. Bancorp, Benefits Administration Committee, the, John/Jane Does, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to exclude the expert testimony of Ian Altman (ECF No. 164) is GRANTED;

2. Defendants' motion for summary judgment (ECF No. 164) is GRANTED; and

3. Plaintiffs' motion for leave to file a renewed motion for class certification (ECF No. 178) is DENIED AS MOOT.

Date: 1/17/2026                                                                 KATE M. FOGARTY, CLERK